NUMBER 13-05-406-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

________________________________________________________

 

GAMBLE
J. PALMER, ET AL.,                                   Appellants,

 

                                           v.

 

ALMA
GROUP, L.L.C.,                                               Appellee.

________________________________________________________

 

             On appeal from the County
Court at Law No. 4

                           of Hidalgo
County, Texas.

_________________________________________________________

 

                     MEMORANDUM OPINION

 

                  Before Justices
Hinojosa, Yañez, and Garza

                          Memorandum Opinion
Per Curiam

 








Appellants, GAMBLE J. PALMER, ET AL., perfected an appeal from a judgment
entered by the County Court at Law No. 4 of Hidalgo
County, Texas, in cause number CL-31,711-D.   After the record was filed, the parties
filed an amended emergency  joint motion
to dismiss appeal and remand to trial court. 
In the motion, the parties state that this case has been settled.  The parties request that this Court dismiss
the appeal and remand this matter to the trial court so that the trial court
can issue an order directing the banks to return the funds on deposit and
release the appropriate amounts to the parties. 
The parties further request an immediate issuance of the mandate.

The Court, having
examined and fully considered the documents on file and  the parties= joint motion, is of the opinion that the motion should
be granted.  The joint motion is
granted.  The judgment of the trial court
is REVERSED, and the matter is REMANDED to the trial court for proceedings
consistent with the parties= settlement
agreement.           

PER CURIAM

Memorandum Opinion delivered and filed this

the 16th day of February,
2006.